Case No.1:23-mj-278
Assign to: Magistrate Judge G. Michael Harvey
Date: 10/20/2023
Description: Complaint with Arrest Warrant

## STATEMENT OF FACTS

**1.**     On December 2, 2020, a Task Force Officer (TFO) for the FBI, Washington Field Office, acting in an undercover capacity, posing as a father with a nine-year-old son (FATHER), was invited to join a private group on APP1. The purpose of the group was to discuss the sexual abuse of minor boys as well as the sharing of Child Sexual Abuse Material (CSAM) of minor boys. APP1 user "gayboy69freak", subsequently identified as the Defendant, Brogan Welsh (WELSH), sent a direct message to FATHER stating he was a 28-year-old male residing in Richmond, Virginia, who had a sexual interest in minor children as young as five years old.

**2.**     APP1 user "gayboy69freak" expressed interest in traveling to Washington, DC to engage in sexual contact with the purported nine-year-old son of FATHER. APP1 user "gayboy69freak" expressed interest in urinating on children and disclosed to FATHER he had sexual contact with a younger cousin. Over the course of several weeks APP1 user "gayboy69freak" communicated with FATHER about traveling to engage in sex with the purported nine-year-old boy.

**3.**     FATHER forwarded a photograph of himself holding up three fingers to "gayboy69freak" and asked the APP1 user "gayboy69freak" to send a photograph of his face also holding up three fingers.  The APP1 user initially sent a photograph of feet, but then forwarded a photograph of an adult male's face, holding up three fingers in front of their face, per the directions of FATHER.  The photograph sent by the APP1 user blocks the nose, mouth, and sides of the face of the user.  The APP1 user does have distinctive

eyebrows which have appear to have a peak of hair near the middle of the eyebrow.

4. On December 17, 2020, APP1 user "gayboy69freak" posted two mega.nz links to the chat, which were observed to contain CSAM. FATHER responded:

> That link was nice dude, plenty of cute little boys
> Delivered: 12/17/2020 16:54(UTC-5)
>
> 12/17/2020 16:54(UTC-5)

> From: gayboy69freak Alex Fornette
> Just sent another
> Delivered: 12/17/2020 17:15(UTC-5)
>
> 12/17/2020 17:12(UTC-5)

5. Your affiant reviewed the contents of both of the Mega.nz links sent to the APP1 chat containing APP1 user "gayboyfreak69" and FATHER. Your affiant found that the links contained the following videos,

  a. **[boy + man] 10yo boy getting fucked then cum on his little cock:** This is a ten (10) minute and forty-five (45) second video that depicts a prepubescent minor male being anally penetrated by an adult male's erect penis. The boy is laying on his back with penis exposed, while adult male penetrates his anus with his penis.

  b. **[boy + boy] Alex 13yo + Sven 11yo:** This is a seventeen (17) minute and thirty-four (34) second long video that depicts a pubescent and prepubescent boy placing their mouths on each other's penises and touching each other's penises.

  c. **[boy + man] S00-Ksbino 10 + man:** This is a nineteen (19) minute and fifty (50) second long video that depicts a prepubescent male masturbating while

laying down on a bed. An adult male's fingers are observed touching the child's anus while the boy masturbates.

6.  Your affiant conducted a general review of both links and captured the review using a screen recording application. Your affiant observed that most of the videos appeared to contain prepubescent boys being sexually abused by adult men and other boys.

7.  On December 17, 2020, APP1 user "gayboy69freak" sent a direct message to FATHER to arrange a time to travel and meet the FATHER's purported son for the purpose of sexually abusing the purported minor:

> From: gayboy69freak Alex Fornette
> So am I coming Sunday for a night of sex?
> Delivered: 12/17/2020 17:16(UTC-5)
>
> 12/17/2020 17:16(UTC-5)

> From: gayboy69freak Alex Fornette
> That's like the only day I could
> Delivered: 12/17/2020 17:18(UTC-5)
>
> 12/17/2020 17:18(UTC-5)

> I can do Monday after he finishes school
> Delivered: 12/17/2020 17:18(UTC-5)
>
> 12/17/2020 17:18(UTC-5)

> **Yah he's got something planned with a friend and his mom will lose her shit if he misses that**
> Delivered: 12/17/2020 17:18(UTC-5)
> 12/17/2020 17:18(UTC-5)

> From: gayboy69freak Alex Fornette
> **What time is that until?**
> Delivered: 12/17/2020 17:18(UTC-5)
> 12/17/2020 17:18(UTC-5)

> **Unsure, it starts at 7**
> Delivered: 12/17/2020 17:19(UTC-5)
> 12/17/2020 17:19(UTC-5)

> From: gayboy69freak Alex Fornette
> **Maybe after? I work Monday-Friday 11-8**
> Delivered: 12/17/2020 17:20(UTC-5)
> 12/17/2020 17:20(UTC-5)

> **Ah man. You can't take a couple hours off for a "family" thing on Monday?**
> Delivered: 12/17/2020 17:23(UTC-5)
> 12/17/2020 17:23(UTC-5)

> From: gayboy69freak Alex Fornette
> **I mean it's two hours there and back so I'd have to take like all of Monday and I doubt they will let me this late**
> Delivered: 12/17/2020 17:25(UTC-5)
> 12/17/2020 17:25(UTC-5)

> **Hey also, I get some people play fantasy on here with this stuff but I just wanted to let you know if that's the deal with you it's all good. No hard feelings.**
> Delivered: 12/17/2020 17:29(UTC-5)
> 12/17/2020 17:29(UTC-5)

> From: gayboy69freak Alex Fornette
> I don't think I'd be trying to come Sunday if that were the case lol
> Delivered: 12/17/2020 17:29(UTC-5)
>
> 12/17/2020 17:29(UTC-5)

**8.** On December 29, 2020, APP1 user "gayboy69freak" sent a direct message to FATHER, detailing the following:

> From: gayboy69freak Alex Fornette
> I still want to put my cock in your boy so bad
> Delivered: 12/29/2020 11:18(UTC-5)
>
> 12/29/2020 11:13(UTC-5)

> From: gayboy69freak Alex Fornette
> So fucking bad
> Delivered: 12/29/2020 11:18(UTC-5)
>
> 12/29/2020 11:18(UTC-5)

> From: gayboy69freak Alex Fornette
> I just want to hold his hips down and pound his small boy hole
> Delivered: 12/29/2020 11:19(UTC-5)
>
> 12/29/2020 11:19(UTC-5)

> From: gayboy69freak Alex Fornette
> Have him moaning and wake up while I'm pounding him
> Delivered: 12/29/2020 11:19(UTC-5)
>
> 12/29/2020 11:19(UTC-5)

> From: gayboy69freak Alex Fornette
> Show him what real boys do
> Delivered: 12/29/2020 11:19(UTC-5)
>
> 12/29/2020 11:19(UTC-5)

9. As part of this investigation, the Washington Field Office of the FBI served an administrative subpoena on APP1 for the username gayboy69freak. APP1 advised that the account had been registered with the email address jumbletarnation7112@gmail.com. FBI WFO identified the following IP addresses that had been consistently used by the APP1 account between November 8, 2020 and December 7, 2020:

   a. Comcast IP: 71.57.192.200 (accessed from November 15, 2020 to December 7, 2020); and

   b. GCI Communications: 65.74.126.79 (accessed from November 8, 2020 to November 14, 2020).

10. FBI WFO issued an administrative subpoena to Google for subscriber information and IP logs related to the Google account used to register the APP1 account. Google advised that the account had been registered with a first/last name of Jay Sean and that the last IP activity for the Google account was on May 6, 2020 from the IP address 2606:a000:101c:c930:e977:e92f:2391:84fd, which is registered to Charter Communications. FBI WFO issued an administrative subpoena for this account's subscriber information.

11. Comcast reported that the identified Comcast IP is registered to Martin Welsh of 10607 Lambeth Road in Glenn Allen, Virginia, 23060 (suburb of Richmond). Martin

Welsh has been identified as the father of Brogan Welsh, the Defendant.

12. GCI Communications reported that the identified GCI IP is registered to Sabra Tyrck of 909 W 40th Avenue #1 in Anchorage, Alaska, 99503. Anchorage FBI confirmed with the landlord of 909 W 40th Avenue, Sabra Tryck (Tyrck), that Brogan Welsh was a tenant in Apartment 1 beginning in August of 2020. Tryck also told law enforcement that she provided her tenants with all utilities, including the internet. According to Tryck, Welsh moved out on around September 2021 and provided 6581 Whispering Loop Unit B, Anchorage Alaska as his forwarding address.

13. Charter Communications reported that the identified Charter Communications IP is registered to Maxwell Stout of 6949 Maricopa Road in Charlotte, North Carolina, 28277.

14. FBI WFO conducted records check of open source and law enforcement sensitive databases in an attempt to identify the APP1 user. FBI WFO identified Brogan Welsh with a North Carolina driver's license, listing his home address as 6949 Maricopa Road in Charlotte, North Carolina, 28277. Law enforcement was also able to observe the driver's license photograph. A phone number was found to be associated with WELSH which had T-Mobile as the reported carrier. Alaska Permanent Funds Dividend (PFD) records indicated that, as of January 30, 2023, WELSH listed his telephone number as 252-626-7740. This telephone number is consistent with the telephone number FBI WFO identified WELSH using through searches of law enforcement sensitive databases in 2020.

15. A records search of that cellular phone number revealed that it was linked to numerous social media platforms and online applications that included a Facebook account for Brogan Welsh. Photographs on the WELSH Facebook profile included a photograph

focused on WELSH's face from the nose up. Your affiant is able to see in this photograph that the eyebrows of the APP1 user, as shown in the photograph sent by the user to FATHER, and those on the social media platform for Brogan Welsh appear the same. These photographs also appear to depict the same individual as the one depicted in WELSH's driver's license photo. (Appendix 1 contains 3 photographs in this investigation that demonstrate that Brogan Welsh is the same person depicted in all 3 photographs).

16. FBI WFO conducted records check of an airline reporting database and found that WELSH had taken a flight from Richmond International Airport, on August 21, 2020, and traveled to Anchorage Alaska. WELSH returned to the Richmond area (of VA) on November 14, 2020.

17. On January 6, 2021, FBI, Washington Field Office, this investigation was halted due to events that occurred at the United States Capitol Building that day.

### Federal Bureau of Investigation (Anchorage Field Office)

18. On August 4, 2023,[1] FBI Anchorage, in an investigation previously thought to be unrelated, executed SW 3:23-mj-48-MMS. The search warrant authorized the search of an Iphone 14 Pro Max, that belonged to a person other than WELSH. A review of that phone revealed chats between person(s) using the usernames that may be abbreviated as "kirkytillboy" and "captain_awesome" on a social media application ("APP1") known to law enforcement to be utilized by individuals seeking encounters with minors. The chat discussed both users want for sexually explicit interactions with a minor. Below is an

---

[1] Unless otherwise stated, all dates are approximate.

example of the chat.

```
-----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 5:24:23 PM(UTC+0)
Source App: Kik Messenger
Body:
Hey whats up?
-----------------------------
From: captain_awesome_ak CPT. Awesome (owner)
Timestamp: 7/31/2023 5:24:47 PM(UTC+0)
Source App: Kik Messenger
Body:
Not much. What kinda perv are you looking for?
-----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 5:25:44 PM(UTC+0)
Source App: Kik Messenger
Body:
I love edging, incest, piss, beast, younger boys, toys, spanking, throat fucking, lots
-----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 5:25:47 PM(UTC+0)
Source App: Kik Messenger
Body:
Wbu?
-----------------------------
From: captain_awesome_ak CPT. Awesome (owner)
Timestamp: 7/31/2023 5:26:21 PM(UTC+0)
Source App: Kik Messenger
Body:
All of that sounds good. How old are you?
-----------------------------
                              -----------------------------
                              From: kirkytillboy_zvb@talk.kik.com Stray Trill
                              Timestamp: 7/31/2023 5:28:31 PM(UTC+0)
                              Source App: Kik Messenger
                              Body:
                              Hell yeah, love finding other people pervs
                              -----------------------------
                              From: captain_awesome_ak CPT. Awesome (owner)
                              Timestamp: 7/31/2023 5:28:38 PM(UTC+0)
                              Source App: Kik Messenger
                              Body:
                              Nice. Do you know any younger?
                              -----------------------------
                              From: kirkytillboy_zvb@talk.kik.com Stray Trill
                              Timestamp: 7/31/2023 5:29:06 PM(UTC+0)
                              Source App: Kik Messenger
                              Body:
                              How young?
                              -----------------------------
                              From: captain_awesome_ak CPT. Awesome (owner)
                              Timestamp: 7/31/2023 5:29:38 PM(UTC+0)
                              Source App: Kik Messenger
                              Body:
                              I'm into 10+
                              -----------------------------
                              From: kirkytillboy_zvb@talk.kik.com Stray Trill
                              Timestamp: 7/31/2023 5:30:05 PM(UTC+0)
                              Source App: Kik Messenger
                              Body:
                              Nice, 6+ here
                              -----------------------------
```

```
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 5:43:44 PM(UTC+0)
Source App: Kik Messenger
Body:
Love uncut more. And yeah sucking small cock is amazing
----------------------------
From: captain_awesome_ak CPT. Awesome (owner)
Timestamp: 7/31/2023 5:44:30 PM(UTC+0)
Source App: Kik Messenger
Body:
I've unfortunately never been with a younger 😔
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 5:44:44 PM(UTC+0)
Source App: Kik Messenger
Body:
Daww damn
----------------------------
From: captain_awesome_ak CPT. Awesome (owner)
Timestamp: 7/31/2023 5:45:10 PM(UTC+0)
Source App: Kik Messenger
Body:
What is the youngest you've been with?
----------------------------
From: captain_awesome_ak CPT. Awesome (owner)
Timestamp: 7/31/2023 5:52:08 PM(UTC+0)
Source App: Kik Messenger
Body:
You don't have to answer that tho until we know each other better
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 6:19:31 PM(UTC+0)
Source App: Kik Messenger
Body:
8 when i was 16
----------------------------


----------------------------
From: captain_awesome_ak CPT. Awesome (owner)
Timestamp: 7/31/2023 6:59:48 PM(UTC+0)
Source App: Kik Messenger
Body:
Whats the youngest you've been with as an adult?
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 7:08:56 PM(UTC+0)
Source App: Kik Messenger
Body:
Only 16
----------------------------
From: captain_awesome_ak CPT. Awesome (owner)
Timestamp: 7/31/2023 7:09:27 PM(UTC+0)
Source App: Kik Messenger
Body:
We need to find a nice boy!
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 7:09:35 PM(UTC+0)
Source App: Kik Messenger
Body:
Rightttt
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 7:09:56 PM(UTC+0)
Source App: Kik Messenger
Body:
One that will lay there for hours being played with
----------------------------
```

```
----------------------------
From: captain_awesome_ak CPT. Awesome (owner)
Timestamp: 7/31/2023 7:53:53 PM(UTC+0)
Source App: Kik Messenger
Body:
Sweet. Any ideas on how to meet one?
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 7:55:11 PM(UTC+0)
Source App: Kik Messenger
Body:
Nah i wish
----------------------------
From: captain_awesome_ak CPT. Awesome (owner)
Timestamp: 7/31/2023 8:06:29 PM(UTC+0)
Source App: Kik Messenger
Body:
We need to figure it out! I want a nice hairless cock in my mouth!
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 10:30:02 PM(UTC+0)
Source App: Kik Messenger
Body:
Yes please
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 10:30:36 PM(UTC+0)
Source App: Kik Messenger
Body:
I want that too, my tongue and finger in his little ass, then fucking him hard
----------------------------
```

```
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 10:46:16 PM(UTC+0)
Source App: Kik Messenger
Body:
Hell yeah find us a whore mom that will let us have fun
----------------------------
From: captain_awesome_ak CPT. Awesome (owner)
Timestamp: 7/31/2023 10:46:53 PM(UTC+0)
Source App: Kik Messenger
Body:
God, that would be bomb. I often fantasize about tag-teaming a mother and her young daughter
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 10:47:08 PM(UTC+0)
Source App: Kik Messenger
Body:
Oh hell yeah that would be hot
----------------------------
From: kirkytillboy_zvb@talk.kik.com Stray Trill
Timestamp: 7/31/2023 10:47:22 PM(UTC+0)
Source App: Kik Messenger
Body:
Id love to fuck a boy while he eats his mom out
----------------------------
```

**19.** On August 21, 2023, FBI Anchorage served an administrative subpoena on APP1 for the username kirkytillboy. On August 28, 2023, APP1 provided that the account was registered to the email gayboyws@gmail.com and provided IP address 69.178.71.82 from

session logs.

20. On September 25, 2023, FBI Anchorage served an administrative subpoena to General Communication, Inc (GCI) for IP address 69.178.71.82. On September 26, 2023, GCI responded and provided that the account was registered to the Defendant, Brogan Welsh (WELSH), with the email account brogantwelsh@gmail.com, and the physical address at a location in Anchorage, Alaska.

Evidence Derived from Execution of Search Warrants

21. On October 19, 2023, law enforcement executed Search Warrants 3:23-mj-00607 and 00323 at a residence in Anchorage, Alaska, WELSH's known address. The search warrants authorized law enforcement to search and seize, among other items, mobile phone and computers accessed by WELSH.

22. As law enforcement approached the house, they noticed WELSH sitting in a chair near the front door with at least one laptop computer on his lap. Law enforcement were visibly marked as "FBI." Law enforcement knocked on the door, after which WELSH immediately arose from the seated position, and ran further into the residence, carrying a laptop computer. FBI breached the residence door because no occupant responded to their requests to open the door. After entry, law enforcement called for people upstairs to meet them downstairs. Law enforcement located WELSH as he descended the stairwell, apparently coming from his bedroom. WELSH claimed to have believed that the law enforcement officers were representatives of the landlord, and that he left because he is not a lawful renter of the residence. Law enforcement later located a laptop computer sitting in the WELSH's upstairs bedroom on his bed.

23. Law enforcement read WELSH his *Miranda* warnings. During the interview, WELSH admitted that he used APP1, and that he was attracted to teenagers. WELSH said that one laptop computer and one mobile phone were his.

24. In a bedroom, believed to be WELSH's bedroom, law enforcement located items including sex toys that are very small in size and apparently consistent with the body size of an approximate 10-year-old boy, including: a silicon ring, apparently of the type commonly referred to as a "cock ring;" a bag of "sensory finger rings" which are apparently devices for manual sexual stimulation; a very small dildo consistent in size with anal penetration; and the following clothing consistent with a 10-year-old boy and too small for an adult person of WELSH's size: two pairs of underwear; and one pajama bottom.

25. The investigation has revealed that a 10-year-old boy was, in fact, residing at the residence belonging to WELSH.

26. Law enforcement personnel on the scene of this search warrant confirmed that the individual who lived at that residence, WELSH, appeared to be the same person as the individual depicted in the North Carolina Driver's license photograph, the profile pictures on WELSH's Facebook profile, and the picture sent by the APP1 user to the UC/FATHER in December 2020, as detailed above.

# CONCLUSION

27. Based on the above information, there is probable cause to believe that Brogan Welsh committed the following offense: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), on or about December 17, 2020.

Respectfully Submitted,

_____
Thomas J. Sullivan
Detective, D1-1232
Federal Bureau of Investigation-Metropolitan Police Department – District of Columbia

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 20, 2023.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE